Kevin M. McDonough
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: ( 212) 751-4864
Email: kevin.mcdonough@lw.com

*Attorneys for Defendant iHeartMedia, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTHUR SHERIDAN, an individual, and BARBARA SHERIDAN, an individual, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>iHEARTMEDIA, INC., a Delaware corporation,<br>Defendants. | Civil Action No.<br>2:15-cv-07574 (WHW) (CLW)<br><br>Honorable William H. Walls<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>ORAL ARGUMENT REQUESTED<br><br>Motion Day: February 1, 2016 |

TO: THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on February 1, 2016, at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant iHeartMedia, Inc. ("iHeartMedia") will move, by and through the undersigned attorneys, before the Honorable William H. Walls, U.S.D.J., for an order pursuant to Rule 12(b)(6), dismissing the Class Action Complaint in the above-captioned action with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, iHeartMedia will rely upon the accompanying Memorandum of Law, Declaration of Kevin M. McDonough, and proposed Order, as well as all pleadings and other documents filed with the Court in this matter.

Oral argument is requested.

Dated: December 29, 2015                    Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ Kevin M. McDonough
        Kevin M. McDonough

Kevin M. McDonough
   (State Bar No. 41892005)
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: ( 212) 751-4864
Email: kevin.mcdonough@lw.com

James K. Lynch (*pro hac vice* pending)
Andrew M. Gass (*pro hac vice* pending)
Brittany N. Lovejoy (*pro hac vice* pending)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: jim.lynch@lw.com
        andrew.gass@lw.com
        brittany.lovejoy@lw.com

*Attorneys for Defendant iHeartMedia, Inc.*